## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 16-15628(JKF) |
| THOMAS KOSHINSKY and | : | |
| JEAN KOSHINSKY | : | CHAPTER 7 |
| Debtors | : | |

## AMENDED CERTIFICATION OF NO RESPONSE

I, REGINA COHEN, ESQUIRE, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Ally Financial Inc. for Relief from the Automatic Stay.  The response date in the above-captioned matter was on or before **September 2, 2016**, which is more than fifteen (15) days from the date of service.

                                                LAVIN, O'NEIL, CEDRONE & DiSIPIO

                                                /s/ Regina Cohen
                                                Regina Cohen, Esquire
                                                Attorney for Movant

DATED:  September 6, 2016

1872083v1