IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : BANKRUPTCY NO. 16-15628(JKF)
THOMAS KOSHINSKY and : CHAPTER 7
JEAN KOSHINSKY :
      Debtors : HEARING SCHEDULED FOR
: SEPTEMBER 14, 2016 AT 9:30 A.M.
: UNITED STATES BANKRUPTCY COURT
: 900 MARKET STREET
: PHILADELPHIA, PENNSYLVANIA 19107

## ORDER GRANTING ALLY FINANCIAL INC. RELIEF FROM THE AUTOMATIC STAY

On this 14 day of September, 2016, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2009 Saturn Aura, VIN: 1G8ZS57B49F161266 (the "Vehicle"); is hereby terminated effective the date of this Order as to Debtor(s);

FURTHER RESOLVED, that Ally Financial Inc. may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies mailed to: See attached service list.

## SERVICE LIST

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106
(Via ECF Only)


Michael Seth Schwartz, Esquire
707 Lakeside Office Park
Southampton, PA 18966
(Via ECF Only)


Terry P. Dershaw
Chapter 7 Trustee
P.O. Box 556
Warminster, PA 18974-0632
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)


Thomas Koshinsky
Jean Koshinsky
344 S. Springfield Road, Apt. A
Clifton Heights, PA 19018