United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas Koshinsky
Jean Koshinsky
      Debtors

Case No. 16-15628-jkf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Sep 15, 2016
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.
db/jdb     +Thomas Koshinsky,    Jean Koshinsky,    344 S. Springfield Road, Apt. A,     Clifton Heights, PA 19018-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      MICHAEL SETH SCHWARTZ    on behalf of Debtor Thomas    Koshinsky msbankruptcy@verizon.net
      MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Jean    Koshinsky msbankruptcy@verizon.net
      REGINA    COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,    ksweeney@lavin-law.com
      TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 16-15628(JKF) |
| THOMAS KOSHINSKY and | : CHAPTER 7 |
| JEAN KOSHINSKY | : |
| Debtors | : HEARING SCHEDULED FOR |
| | : SEPTEMBER 14, 2016 AT 9:30 A.M. |
| | : UNITED STATES BANKRUPTCY COURT |
| | : 900 MARKET STREET |
| | : PHILADELPHIA, PENNSYLVANIA 19107 |

ORDER GRANTING ALLY FINANCIAL INC.
RELIEF FROM THE AUTOMATIC STAY

On this 14 day of September, 2016, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2009 Saturn Aura, VIN: 1G8ZS57B49F161266 (the "Vehicle"); is hereby terminated effective the date of this Order as to Debtor(s);

FURTHER RESOLVED, that Ally Financial Inc. may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies mailed to: See attached service list.

## SERVICE LIST

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106
(Via ECF Only)


Michael Seth Schwartz, Esquire
707 Lakeside Office Park
Southampton, PA 18966
(Via ECF Only)


Terry P. Dershaw
Chapter 7 Trustee
P.O. Box 556
Warminster, PA 18974-0632
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(Via ECF Only)


Thomas Koshinsky
Jean Koshinsky
344 S. Springfield Road, Apt. A
Clifton Heights, PA 19018