United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas Koshinsky  
Jean Koshinsky  
       Debtors

Case No. 16-15628-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 20, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2016.  
db/jdb       +Thomas Koshinsky,   Jean Koshinsky,   344 S. Springfield Road, Apt. A,    Clifton Heights, PA 19018-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2016 at the address(es) listed below:  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        MICHAEL SETH SCHWARTZ   on behalf of Debtor Thomas  Koshinsky msbankruptcy@verizon.net  
        MICHAEL SETH SCHWARTZ   on behalf of Joint Debtor Jean  Koshinsky msbankruptcy@verizon.net  
        REGINA   COHEN    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com  
        TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                     TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jean Koshinsky<br>     Thomas Koshinsky<br>                    Debtors | CHAPTER 7 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>                    Movant<br>    vs. | NO. 16-15628 JKF<br><br>11 U.S.C. Section 362 |
| Jean Koshinsky<br>Thomas Koshinsky<br>                    Debtors | |
| Terry P. Dershaw Esq.<br>                    Trustee | |

## ORDER

AND NOW, this 19th day of October, 2016 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 is modified with respect to the subject premises located at 138 Thornridge Drive, Levittown, PA 19054 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

cc: See attached service list

Jean Koshinsky
344 S. Springfield Road
Apt. A
Clifton Heights, PA 19018

Thomas Koshinsky
344 S. Springfield Road
Apt. A
Clifton Heights, PA 19018

Michael Seth Schwartz, Esq.
707 Lakeside Office Park
Southampton, PA 18966

Terry P. Dershaw Esq.
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532